```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
CLAUDIA GROSSO, a.k.a.
CLAUDIA GERSHENSON, individually,
ADAM D. GERSHENSON, MELISSA L.
GERSHENSON, and SPENCER T.
GERSHENSON, individually and as
beneficiaries,

            Plaintiffs,

     -against-                    ORDER ADTOPTING REPORT AND
                                  RECOMMENDATION
                                  07-CV-3620(JS)(WDW)
DEBORAH RADICE, in her individual
capacity,

            Defendant.
----------------------------------X
```

APPEARANCES:

For Plaintiffs:     Judith Ellen Stone, Esq.
                    2819 Harbor Road
                    Merrick, NY 11566

For Defendant:      Barry M. Lasky, Esq.
                    Lasky & Steinberg PC
                    595 Stewart Avenue Suite 410
                    Garden City, NY 11530

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge William D. Wall issued November 1, 2007, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Pursuant to Rule 72 of the Federal Rules of Civil Procedure, any objections were to be filed with the Clerk of the Court within 10 days of service of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all

objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety, DENIES Plaintiffs' motion for a default judgment, GRANTS Defendant's letter motion for an extension of time to answer the Complaint, and ORDERS that Defendant pay Plaintiffs $500 as reasonable costs and fees for Plaintiffs having to make the motion for a default judgment. Defendant shall file an answer or otherwise move in this action within 20 days of the entry of this Order.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
December 10, 2007